IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Faulkner, Gizelle C | Case Number:  07 B 00549 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  2/19/08 | Filed:  3/21/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 1, 2008
Confirmed: June 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 42,804.45 | |
| Secured: | | 890.00 |
| Unsecured: | | 12,223.05 |
| Priority: | | 0.00 |
| Administrative: | | 805.00 |
| Trustee Fee: | | 794.47 |
| Other Funds: | | 28,091.93 |
| Totals: | 42,804.45 | 42,804.45 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stuart B Handelman | Administrative | 805.00 | 805.00 |
| 2. | Ford Motor Credit Corporation | Secured | 0.00 | 890.00 |
| 3. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 2,482.52 | 2,482.52 |
| 5. | RoundUp Funding LLC | Unsecured | 2,966.59 | 2,966.59 |
| 6. | RoundUp Funding LLC | Unsecured | 612.66 | 612.66 |
| 7. | Dr Morof | Unsecured | 36.00 | 36.00 |
| 8. | Resurgent Capital Services | Unsecured | 3,868.37 | 3,868.37 |
| 9. | American Express Travel Relate | Unsecured | 538.13 | 538.13 |
| 10. | World Financial Network Nat'l | Unsecured | 265.43 | 265.43 |
| 11. | World Financial Network Nat'l | Unsecured | 501.42 | 501.42 |
| 12. | American Express Travel Relate | Unsecured | 951.93 | 951.93 |
| 13. | Aegis Mortgage Co | Secured | | No Claim Filed |
| 14. | Aegis Mortgage Co | Secured | | No Claim Filed |
| 15. | Cook County Treasurer | Secured | | No Claim Filed |
| 16. | American Express | Unsecured | | No Claim Filed |
| 17. | Alliance | Unsecured | | No Claim Filed |
| 18. | ADT Security Systems | Unsecured | | No Claim Filed |
| 19. | Cache Inc | Unsecured | | No Claim Filed |
| 20. | Chase Bank | Unsecured | | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 22. | Capital One | Unsecured | | No Claim Filed |
| 23. | Echo | Unsecured | | No Claim Filed |
| 24. | Macy's | Unsecured | | No Claim Filed |
| 25. | HSBC Bank USA | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Faulkner, Gizelle C | Case Number: 07 B 00549 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 2/19/08 | Filed: 3/21/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Nicor Gas | Unsecured | | No Claim Filed |
| 27. | Pier 1 Imports Inc | Unsecured | | No Claim Filed |
| 28. | Household Finance | Unsecured | | No Claim Filed |
| 29. | St James Hospital | Unsecured | | No Claim Filed |
| 30. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 31. | DuPage Medical Assoc. | Unsecured | | No Claim Filed |
| 32. | Well Group Health Partners | Unsecured | | No Claim Filed |
| 33. | TruGreen | Unsecured | | No Claim Filed |
| 34. | University of Chicago | Unsecured | | No Claim Filed |
| 35. | University of Chicago | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 13,028.05 | $ 13,918.05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 794.47 |
| | _____ |
| | $ 794.47 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____